**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAMES A. GUINN,

    Petitioner,

-vs-                                                                  Case No.  8:04-CV-0950-T-30MSS

JAMES V. CROSBY, et al.,

    Respondents.
_____/

**ORDER**

    This matter comes before the Court upon Petitioner's failure to respond to its June 6, 2006 order directing him to inform the Court whether he remains subject to state supervision pursuant to his 2002 criminal conviction.  In its order, the Court warned Petitioner that failure to file a timely response to the order would result in the **dismissal** of this action without further notice. The order was mailed to Petitioner at his address of record, and it has not been returned as undeliverable.

    Petitioner has not contacted the Court since he filed a change of address advising the Clerk that he had been released from prison (Dkt. 11). The Court has taken judicial notice of information available at the Florida Department Of Corrections ("FDOC") Offender Information Network, viewed May 26, 2006, stating that Petitioner was released from state custody on December 5, 2005.

    Petitioner is not listed on the FDOC Offender Information Network as being subject to supervised release. It appearing that Petitioner is no longer in state custody or under FDOC supervision, the petition for writ of habeas corpus is moot.

ACCORDINGLY, the Court **ORDERS** that this petition is hereby **DISMISSED**. The **Clerk** shall terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 26, 2006.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
All Parties/Counsel of Record

SA:jsh